Matthew W. Park
Nevada Bar No. 12062
RUSHFORTH LEE & KIEFER LLP
1707 Village Center Circle, Suite 150
Las Vegas, NV 89134
Phone: 702-255-4552
Fax: 702-255-4677
Email: Matt@rlklegal.com

Attorneys for Defendant
INMODE LTD., A FOREIGN LIMITED
LIABILITY CORPORATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Dr. F. VICTOR RUECKL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INMODE LTD.,<br><br>Defendants. | Case No. 2:19-cv-02186-KJD-NJK<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Dr. F. Victor Rueckl ("Plaintiff") and Defendant InMode Ltd., a Foreign Limited Liability Corporation ("Defendant"), by counsel and pursuant to Local Rule IA 6-1, stipulate to continue Defendant's deadline to respond to the Complaint (the "Complaint"):

## STIPULATION

1.      On December 19, 2019, Plaintiff commenced this matter by filing a Complaint with this Court.

2.      Defendant's response to the Complaint is due by January 17, 2020.

3.      In order to adequately investigate the allegations, Defendant desires an extension until February 7, 2020 to file a response to the Complaint.

4.      Defendant's Counsel conferred with counsel for Plaintiff regarding this Stipulation. Counsel for Plaintiff agrees to the requested extension.

5.      This Stipulation is filed in good faith and not for any dilatory or other improper purpose. Plaintiff will not suffer any prejudice if the Court permits Defendant the requested extension

of time and has consented to the requested extension.

6.      This is the first request for extension of time for Defendant to respond to the Complaint.

DATED: January 16, 2020

*/s/ Matthew W. Park*                 */s/ Joseph P. Garin* 
Matthew W. Park, Esq.           Joseph P. Garin, Esq.
Rushforth Lee & Kiefer LLP       Lipson Neilson P.C.
1707 Village Center Circle, Suite 150   9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89134           Las Vegas, NV 89144
(702) 255-4552                 (702) 382-1500
matt@rlklegal.com             jgarin@lipsonneilson.com
*Counsel for Defendant*         *Counsel for Plaintiff*

**<u>ORDER</u>**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_January 17, 2020_____