LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JONATHAN K. WONG, ESQ.
Nevada Bar No. 13621
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com
jwong@lipsonneilson.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DR. F. VICTOR RUECKL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INMODE LTD., a foreign limited liability corporation; DOES 1 – 10, INCLUSIVE; AND ROE CORPORATIONS 11-20, INCLUSIVE,<br><br>Defendants. | CASE NO. 2:19-cv-02186-KJD-NJK<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT INMODE LTD.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2) AND (6) [DKT NO. 10]**<br><br>[FIRST REQUEST] |

Plaintiff Dr. F. Victor Rueckl ("Dr. Rueckl"), by and through his attorneys, LIPSON NEILSON P.C., and Defendant InMode, Ltd., by and through its attorneys, RUSHFORTH LEE & KEIFER LLP, hereby stipulate to continue Plaintiff's deadline to respond to InMode LTD's ("InMode" or "Defendant") Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(2) and (6) [DKT. NO. 10]:

## STIPULATION

1. On February 7, 2020, Defendant filed a Memorandum of Points and Authorities In Support Of Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(B)(2) and (6) [Dkt No. 10] (hereafter, "Motion to Dismiss") in response to the Complaint filed on December 19, 2019 [Dkt. No. 1].

2. Plaintiff's Opposition to Defendant's Motion to Dismiss is currently due on February 21, 2020.

3. In order to adequately respond to the Motion to Dismiss, Plaintiff respectfully requests an extension until **March 6, 2020**.

4. Defendant's counsel has conferred with Plaintiff's counsel regarding this Stipulation and both parties agree to the extension.

5. This Stipulation is made in good faith and not for any dilatory or other improper purpose. Defendant will not suffer any prejudice if the Court permits Plaintiff the requested extension. Defendant has consented to the extension.

6. This is the first request for an extension of time for Plaintiff to respond to Defendant's Motion to Dismiss.

| **LIPSON NEILSON P.C.** | **RUSHFORTH LEE & KIEFER LLP** |
|---|---|
| /s/ Jonathan K. Wong<br>By:_____<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>JONATHAN K. WONG, ESQ.<br>Nevada Bar No. 13621<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>(702) 382-1500<br><br>*Attorneys for Plaintiff Dr. F. Victor Rueckl* | /s/ Matthew W. Park<br>By:_____<br>MATTHEW W. PARK, ESQ.<br>Nevada Bar No. 12062<br>1707 Village Center Circle, Suite 150<br>Las Vegas, Nevada 89134<br>(702) 255-4552<br><br>*Attorneys for Defendant InMode, Ltd.* |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: February 20, 2020