LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JONATHAN K. WONG, ESQ.
Nevada Bar No. 13621
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com
jwong@lipsonneilson.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DR. F. VICTOR RUECKL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INMODE LTD., a foreign limited liability corporation; DOES 1 – 10, INCLUSIVE; AND ROE CORPORATIONS 11-20, INCLUSIVE,<br><br>Defendants. | CASE NO. 2:19-cv-02186-KJD-NJK<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT INMODE LTD.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2) AND (6) [DKT NO. 10]**<br><br>**[SECOND REQUEST]** |

Plaintiff Dr. F. Victor Rueckl ("Dr. Rueckl"), by and through his attorneys, LIPSON NEILSON P.C., and Defendant InMode, Ltd., by and through its attorneys, RUSHFORTH LEE & KEIFER LLP, hereby stipulate to continue Plaintiff's deadline to respond to InMode Ltd.'s ("InMode" or "Defendant") Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(2) and (6) [DKT. NO. 10]:

## STIPULATION

1.    On February 7, 2020, Defendant filed a Memorandum of Points and Authorities In Support Of Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(B)(2) and (6) [Dkt No. 10] (hereafter, "Motion to Dismiss") in response to the Complaint filed on December 19, 2019 [Dkt. No. 1].

**Lipson Neilson P.C.**
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

1       2.     Plaintiff's Opposition to Defendant's Motion to Dismiss ("Opposition") is

2   currently due on March 6, 2020, pursuant to the Order to Extend Time to File Opposition

3   to Defendant's Motion to Dismiss [Dkt. No. 12].

4       3.     Counsel for Plaintiff requires additional time to adequately respond to the

5   Motion to Dismiss due to the handling partner being out of the office for work-related

6   travel.

7       4.     Plaintiff also needs additional time to ascertain and verify factual matters

8   pertinent to the Opposition.

9       5.     In order to adequately respond to the Motion to Dismiss, Plaintiff

10  respectfully requests an extension up to and until **March 20, 2020**.

11      6.     Defendant's counsel has conferred with Plaintiff's counsel regarding this

12  Stipulation and both parties agree to the extension.

13      7.     This Stipulation is made in good faith and not for any dilatory or other

14  improper purpose. Defendant will not suffer any prejudice if the Court permits Plaintiff

15  the requested extension. Defendant has consented to the extension.

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1    8.    This is the second request for an extension of time for Plaintiff to respond

2    to Defendant's Motion to Dismiss.

| LIPSON NEILSON P.C. | RUSHFORTH LEE & KIEFER LLP |
|---|---|
| */s/ Jonathan K. Wong* | */s/ Matthew W. Park* |
| By:_____ | By:_____ |
| JOSEPH P. GARIN, ESQ. | MATTHEW W. PARK, ESQ. |
| Nevada Bar No. 6653 | Nevada Bar No. 12062 |
| JONATHAN K. WONG, ESQ. | 1707 Village Center Circle, Suite 150 |
| Nevada Bar No. 13621 | Las Vegas, Nevada 89134 |
| 9900 Covington Cross Drive, Suite 120 | (702) 255-4552 |
| Las Vegas, Nevada 89144 | |
| (702) 382-1500 | *Attorneys for Defendant InMode, Ltd.* |
| | |
| *Attorneys for Plaintiff Dr. F. Victor Rueckl* | |

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: __March 6_____, 2020.

Page 3 of 3

Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

Page 3 of 3