```
1  Matthew W. Park
   Nevada Bar No. 12062
2  RUSHFORTH LEE & KIEFER LLP
   1707 Village Center Circle, Suite 150
3  Las Vegas, NV  89134
   Phone: 702-255-4552
4  Fax: 702-255-4677
   Email: Matt@rlklegal.com
5
   Attorneys for Defendant
6  INMODE LTD., A FOREIGN LIMITED
   LIABILITY CORPORATION
7
```



## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| Dr. F. VICTOR RUECKL, an individual, | Case No. 2:19-cv-02186-KJD-NJK |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANT INMODE LTD'S MOTION TO DISMISS** |
| INMODE LTD., | |
| Defendants. | **[FIRST REQUEST]** |

Plaintiff Dr. F. Victor Rueckl ("Plaintiff") and Defendant InMode Ltd., a Foreign Limited Liability Corporation ("Defendant"), by counsel and pursuant to Local Rule IA 6-1, stipulate to continue Defendant's deadline to file a Reply in support of its Motion to Dismiss (ECF No. 10):

### STIPULATION

1. On February 7, 2020, Defendant filed a Memorandum of Points and Authorities in Support of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(2) and (6) (ECF No. 10) ("Motion to Dismiss").

2. On March 20, 2020, Plaintiff filed his Opposition to Defendant's Motion to Dismiss (ECF No. 17) ("Opposition").

3. Defendant's Reply in Support of the Motion to Dismiss ("Reply") is currently due on March 27, 2020.

4. Given the significant law firm and business disruption due to the COVID-19 outbreak,

and in order to adequately respond to the allegations raised by the Opposition, Defendant respectfully requests an extension until **April 10, 2020** to file the Reply.

5. Defendant's counsel conferred with Plaintiff's counsel regarding this stipulation and both parties agree to the requested extension.

6. This Stipulation is filed in good faith and not for any dilatory or other improper purpose. Plaintiff will not suffer any prejudice if the Court permits Defendant the requested extension of time. Plaintiff has consented to the requested extension.

7. This is the first request for extension of time for Defendant to obtain additional time to file its Reply in support of its Motion to Dismiss.

DATED: March 23, 2020

*/s/ Matthew W. Park*  
Matthew W. Park, Esq.  
Rushforth Lee & Kiefer LLP  
1707 Village Center Circle, Suite 150  
Las Vegas, NV 89134  
(702) 255-4552  
matt@rlklegal.com  
*Counsel for Defendant*

*/s/ Jonathan K. Wong*  
Joseph P. Garin, Esq.  
Jonathan K. Wong, Esq.  
Lipson Neilson P.C.  
9900 Covington Cross Drive, Suite 120  
Las Vegas, NV 89144  
(702) 382-1500  
jgarin@lipsonneilson.com  
*Counsel for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

_____  
UNITED STATES DISTRICT COURT JUDGE

DATED: __3/24/2020__

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on this 23rd day of March, 2020, I caused the foregoing to be served through the Court's CM/ECF system addressed to:

Joseph P. Garin, Esq.
Jonathan K. Wong, Esq.
Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
(702) 382-1500
jwong@lipsonneilson.com
jgarin@lipsonneilson.com
*Counsel for Plaintiff*

/s/Matthew W. Park
Matthew W. Park