Matthew W. Park
Nevada Bar No. 12062
LEE KIEFER & PARK LLP
1707 Village Center Circle, Suite 150
Las Vegas, NV 89134
Phone: 702-333-1711
Email: matt@lkpfirm.com

*Attorneys for Defendant*
INMODE LTD., a Foreign Limited
Liability Corporation

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Dr. F. VICTOR RUECKL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INMODE LTD.,<br><br>Defendants. | Case No. 2:19-cv-02186-KJD-NJK<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANT INMODE LTD'S MOTION TO DISMISS**<br><br>**[SECOND REQUEST]** |

Plaintiff Dr. F. Victor Rueckl ("Plaintiff") and Defendant InMode Ltd., a Foreign Limited Liability Corporation ("Defendant"), by counsel and pursuant to Local Rule IA 6-1, stipulate to continue Defendant's deadline to file a Reply in support of its Motion to Dismiss (ECF No. 10) to April 24, 2020:

**STIPULATION**

1. On February 7, 2020, Defendant filed a Memorandum of Points and Authorities in Support of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(2) and (6) (ECF No. 10) ("Motion to Dismiss").

2. On March 20, 2020, Plaintiff filed his Opposition to Defendant's Motion to Dismiss (ECF No. 17) ("Opposition").

3. Defendant's Reply in Support of the Motion to Dismiss ("Reply") is currently due on April 10, 2020.

4. However, due to the significant law firm and business disruption due to the COVID-19 outbreak, including the need to obtain and verify information in locations where public health stay-at-home orders have made it difficult to do so, and in order to adequately respond to the allegations raised

by the Opposition, the Defendant respectfully requests an extension until **April 24, 2020** to file the Reply.

5. Defendant's counsel conferred with Plaintiff's counsel regarding this stipulation and both parties agree to the requested extension.

6. This Stipulation is filed in good faith and not for any dilatory or other improper purpose. Plaintiff will not suffer any prejudice if the Court permits Defendant the requested extension of time. Plaintiff has consented to the requested extension.

7. This is the second request for extension of time for Defendant to obtain additional time to file its Reply in support of its Motion to Dismiss.

DATED: April 8, 2020

| | |
|---|---|
| /s/ Matthew W. Park<br>Matthew W. Park, Esq.<br>Lee Kiefer & Park LLP<br>1707 Village Center Circle, Suite 150<br>Las Vegas, NV  89134<br>(702) 333-1711<br>matt@lkpfirm.com<br>*Counsel for Defendant* | /s/ Jonathan K. Wong<br>Joseph P. Garin, Esq.<br>Jonathan K. Wong, Esq.<br>Lipson Neilson P.C.<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144<br>(702) 382-1500<br>jgarin@lipsonneilson.com<br>*Counsel for Plaintiff* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 7/27/2020
           (nunc pro tunc)

Page 2