1    LIPSON NEILSON P.C.
     JOSEPH P. GARIN, ESQ.
2    Nevada Bar No. 6653
     JONATHAN K. WONG, ESQ.
3    Nevada Bar No. 13621
     9900 Covington Cross Drive, Suite 120
4    Las Vegas, Nevada 89144
     (702) 382-1500 - Telephone
5    (702) 382-1512 - Facsimile
     jgarin@lipsonneilson.com
6    jwong@lipsonneilson.com

7    *Attorneys for Plaintiff*

8

9                      **UNITED STATES DISTRICT COURT**

10                         **DISTRICT OF NEVADA**

11   DR. F. VICTOR RUECKL, an individual,        CASE NO. 2:19-cv-02186-KJD-NJK

12                 Plaintiff,
                                                 **STIPULATION AND** ~~PROPOSED~~
13   v.                                          **ORDER TO EXTEND TIME TO FILE
                                                 AMENDED COMPLAINT**
14   INMODE LTD., a foreign limited liability
     corporation; DOES 1 – 10, INCLUSIVE; AND    **[FIRST REQUEST]**
15   ROE CORPORATIONS 11-20, INCLUSIVE,

16                 Defendants.

17

18          Plaintiff Dr. F. Victor Rueckl ("Dr. Rueckl"), by and through his attorneys, LIPSON

19   NEILSON P.C., and Defendant InMode, Ltd. (hereinafter "InMode"), by and through its

20   attorneys, RUSHFORTH LEE & KEIFER LLP, hereby stipulate to continue Plaintiff's

21   deadline to file his Amended Complaint:

22                                 **STIPULATION**

23          1.     On July 27, 2020, this Court issued an Order granting in part and denying

24   in part InMode's Motion to Dismiss [Dkt. No. 44] (the "Order").

25          2.     The Order provided that Dr. Rueckl may file an amended complaint within

26   14 days of the entry of the Order.

27          3.     Pursuant to the deadline set forth in the Order, Dr. Rueckl's Amended

28   Complaint is presently due by August 10, 2020.

                                    Page 1 of 3

**Lipson Neilson P.C.**
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

4.      Dr. Rueckl needs additional time to verify factual allegations pertinent to his forthcoming Amended Complaint.

5.      Dr. Rueckl respectfully requests an extension up to and until **August 17, 2020** to file his Amended Complaint.

6.      Plaintiff's counsel has conferred with Defendant's counsel regarding this Stipulation and both parties agree to the extension.

7.      The parties further stipulate that InMode shall have three weeks from the date of the filing of the Amended Complaint to respond to the same, and that no further response to the original Complaint is required.

8.      This Stipulation is made in good faith and not for any dilatory or other improper purpose. Defendant will not suffer any prejudice if the Court permits Plaintiff the requested extension. Defendant has consented to the extension.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**Lipson Neilson P.C.**
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

9. This is the first request for an extension of time for Plaintiff to file his Amended Complaint.

| LIPSON NEILSON P.C. | RUSHFORTH LEE & KIEFER LLP |
|---|---|
| */s/ Jonathan K. Wong* <br> By:_____ <br> JOSEPH P. GARIN, ESQ. <br> Nevada Bar No. 6653 <br> JONATHAN K. WONG, ESQ. <br> Nevada Bar No. 13621 <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, Nevada 89144 <br> (702) 382-1500 <br><br> *Attorneys for Plaintiff Dr. F. Victor Rueckl* | */s/ Matthew W. Park* <br> By:_____ <br> MATTHEW W. PARK, ESQ. <br> Nevada Bar No. 12062 <br> 1707 Village Center Circle, Suite 150 <br> Las Vegas, Nevada 89134 <br> (702) 255-4552 <br><br> *Attorneys for Defendant InMode, Ltd.* |

## **ORDER**

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: August 10, 2020

Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512