**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DR. F. VICTOR RUECKL, | Case No.: 2:19-cv-02186-KJD-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| INMODE LTD., | |
| Defendant(s). | |

To date, the parties have not filed a stipulated discovery plan. *But see* Docket No. 36 at 2 (requiring filing of a discovery plan within 14 days of the issuance of the order resolving the motion to dismiss). The parties are hereby **ORDERED** to file, no later than August 24, 2020, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

Dated: August 17, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1