LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
JONATHAN K. WONG, ESQ.
Nevada Bar No. 13621
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com
lzastrow@lipsonneilson.com
jwong@lipsonneilson.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DR. F. VICTOR RUECKL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INMODE LTD., a foreign limited liability corporation; DOES 1 – 10, INCLUSIVE; AND ROE CORPORATIONS 11-20, INCLUSIVE,<br><br>Defendants. | CASE NO. 2:19-cv-02186-KJD-NJK<br><br>**STIPULATION AND PROPOSED ORDER TO STAY 60 DAYS TO ALLOW PARTIES TO COMPLETE PRIVATE MEDIATION** |

The parties believe there is an opportunity to resolve the case through private, confidential mediation and have scheduled mediation before Hon. Gene T. Porter (Ret.)" on April 27, 2021. The parties have made every effort to set the mediation for the earliest date upon which all parties and their counsel were available.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The parties are therefore respectfully requesting that the Court permit a brief stay of 60 days to allow the mediation process to be completed and in order that the parties do not have to unnecessarily incur ongoing expense, or unduly burden the Court with otherwise avoidable filings or motion practice.

Respectfully submitted:

| Dated this 5th day of March, 2021. | Dated this 5th day of March, 2021 |
|---|---|
| LEE KIEFER & PARK LLP | LIPSON NEILSON P.C. |
| */s/ Matthew W. Park* | */s/ Joseph P. Garin* |
| Matthew W. Park, Esq.<br>NV Bar No. 12062<br>1707 Village Center Circle, Suite 150<br>Las Vegas, Nevada 89134<br><br>*Attorney for Defendant* | Joseph P. Garin, Esq.<br>Nevada Bar No. 6653<br>Lisa J. Zastrow, Esq.<br>Nevada Bar No. 9727<br>Jonathan K. Wong, Esq.<br>Nevada Bar No. 13621<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

A joint status report must be filed by May 4, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 8, 2021