LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
JONATHAN K. WONG, ESQ.
Nevada Bar No. 13621
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com
lzastrow@lipsonneilson.com
jwong@lipsonneilson.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DR. F. VICTOR RUECKL, an individual, | CASE NO. 2:19-cv-02186-KJD-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL** |
| INMODE LTD., a foreign limited liability corporation; DOES 1 – 10, INCLUSIVE; AND ROE CORPORATIONS 11-20, INCLUSIVE, | |
| Defendants. | |

Plaintiff, DR. F. VICTOR RUECKL ("Plaintiff"), and Defendant INMODE LTD. ("InMode") by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate to dismissal, with prejudice, of Plaintiff's Complaint, and any cause of action and claims for relief asserted in these proceedings, or that could

/ / /

/ / /

/ / /

/ / /

/ / /

*Rueckl v. InMode*
Case No.: 2:19-cv-02186-KJD-NJK

_____

have been asserted in these proceedings, by Plaintiff against InMode, with each of the parties to bear their own respective attorneys' fees and costs.

| DATED this 9th day of June, 2021 | DATED this 9th day of June, 2021 |
|---|---|
| LIPSON NEILSON P.C. | LEE & KIEFER & PARK LLP |
| /s/ Joseph P. Garin<br>By:_____<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>LISA J. ZASTROW, ESQ.<br>Nevada Bar No. 9727<br>JONATHAN K. WONG, ESQ.<br>Nevada Bar No. 13621<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Plaintiff* | /s/ Matthew W. Park<br>By:_____<br>MATTHEW W. PARK, ESQ.<br>Nevada Bar No. 12062<br>1707 Village Center Circle, Suite 150<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Defendant* |

## ORDER

Based on the foregoing, IT IS HEREBY ORDERED that this action by Plaintiff against Defendant InMode is dismissed with prejudice, each party to bear their respective fees and costs.

DATED this _____June 9, 2021.

_____
U. S. DISTRICT COURT JUDGE